```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT,

           Plaintiff,

-against-

COLONY INSURANCE CO.,

           Defendant.

25-cv-914-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the Post Discovery Conference that was scheduled to take place on November 17, 2025 is ADJOURNED *sine die*.

IT IS FURTHER ORDERED that any motion for summary judgment is due by December 1, 2025. Further briefing shall proceed on the schedule set forth in Local Rule 6.1(b).

The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules may result in sanctions, including: monetary sanctions on counsel and the parties themselves; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.

**SO ORDERED.**

Date: **November 12, 2025**
     **New York, NY**

                                          **MARY KAY VYSKOCIL**
                                          **United States District Judge**